

# CLEVELAND BROWNS

June 9, 2006

Michael A. Wyss
President
The Telantis Group, LLC
791 Wye Road
Akron, OH 44333

        Re:  Suite #267
              Cleveland Browns Stadium

Dear Mr. Wyss,

As a necessary procedure in protecting our legal rights per the Suite Agreement, this letter will serve as your written notice that The Telantis Group, LLC is currently in default of the Private Suite License Agreement for Suite 267. The payments for your 2006 tickets and the 2006 suite license, totaling $109,635, are in arrears. As a result, in accordance with Section 15 of the Suite Agreement, please let this letter serve as the written notice required to commence the 20 day period you are entitled to as a suite holder to remedy this breach. In the event you fail to remit payment and cure your deficiency within 20 days, the Browns are entitled to terminate your agreement and demand payment of the entire unpaid balance in full, which totals $288,397.

Should you have any further questions, please do not hesitate to contact me at 440-891-5064. We look forward to your payment in response to this notice.

Sincerely,

*[signature]*

Lorne Novick, Esq.

LN/csm

cc: Joe Ricciuti


76 Lou Groza Boulevard • Berea, Ohio 44017 • 440.891.5000 • Fax 440.891.5009 • www.clevelandbrowns.com

**EXHIBIT 3**

TOTAL P.21