IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY, LLC, | ) ) ) | CASE NO. 1:07-CV-02648 |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) | MAGISTRATE JUDGE BAUGHMAN |
| -vs- | ) ) | |
| TELANTIS GROUP CORPORATION, | ) ) | PRAECIPE FOR SERVICE |
| Defendant. | ) ) | |

TO THE CLERK:

Please issue an Alias Summons for service of the Complaint upon Defendant by certified mail at the following address:

>Telantis Group Corporation
>2180 Immokalee Road
>Naples, FL  34110

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP

By:   /s/ David R. Mayo
DAVID R. MAYO (#0014345)
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4647 - Phone
(216) 363-4588 - Fax
dmayo@bfca.com