UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY, LLC., | ) CASE NO.: 1:07CV2648 ) ) |
| Plaintiff (s) | ) JUDGE PATRICIA A. GAUGHAN ) ) |
| vs. | ) NOTICE OF CASE MANAGEMENT ) CONFERENCE |
| TELANTIS GROUP CORPORATION, | ) ) ) |
| Defendant (s). | ) |

    All counsel and/or parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **OCTOBER 26, 2007 at 9:00 a.m.** before Judge Patricia A. Gaughan.  United States District Court Local Rule Section 16.1 will apply to this case. **The conference will be held by telephone with the court initiating the call.**

    Except in government collection cases and actions by unrepresented prisoners, the parties shall meet prior to the CMC to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26 (f).  The parties shall, at or within 10 days after the meeting and without awaiting a discovery request, provide the basic information to the other parties specified by Fed. R. Civ. P. 26 (a) (1) (initial disclosures).  A Report of Parties' Planning Meeting (see attached form), shall be filed with the Court at least three working days before the CMC.  Pursuant to Fed. R. Civ. P. 26 (d), a party may not seek formal discovery from any source before the parties have met and conferred.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, request for admissions, and answers and responses thereto shall <u>not</u> be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

It is the responsibility of counsel for the plaintiff (s) to verify that a copy of this Order has been received by counsel for defendant (s) or, if no counsel has entered an appearance for defendant (s), has been received by defendant(s).

Any questions or concerns regarding the case management conference should be directed to Mary Doubrava at (216) 357-7210.

IT IS SO ORDERED.

/s/*Patricia A. Gaughan*
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY, LLC., | ) ) ) ) | CASE NO.: 1:07CV2648 |
| Plaintiff(s), | ) ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) ) ) | REPORT OR PARTIES' PLANNING |
| TELANTIS GROUP CORPORATION, | ) ) ) ) | MEETING UNDER FED. R. CIV. 26 (f) AND L.R. 16.3 (b) |
| Defendant (s). | ) | |

1.  Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

    _____, 200\_\_\_\_, and was attended by:

    _____ Counsel for plaintiff (s) _____

    _____ Counsel for plaintiff (s) _____

    _____ Counsel for defendant(s)_____

    _____ Counsel for defendant(s) _____

2.  The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1) and the

   Court's prior order;

_____ will exchange such disclosures by _____ , 200\_\_\_\_

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____ Expedited           _____ Standard           _____ Complex

_____ Administrative      _____ Mass Tort

4. This case _____ is/ _____ is not suitable for Electronic Case Filing (ECF).

5. This case **is** suitable for **Early Neutral Evaluation/Mediation/**

   **Arbitration**    (Circle One)

_____ Case **is not** suitable for ADR at this time but may be after discovery.

_____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/ _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7. Recommended Discovery Plan:

   a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

   _____

   _____

   _____

   b) Non-Expert discovery cut-off date: _____

   c) Plaintiff's expert report due date: _____

      Defendant's expert report due date: _____

      Expert discovery cut-off date: _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9. Recommended dispositive motion date: _____

10. Recommended date for a Status Conference: _____

11. Other matters for the attention of the Court:

_____

_____

_____

_____

_____

_____

Attorney for Plaintiff (s) _____

Attorney for Plaintiff (s)_____

Attorney for Plaintiff (s)_____

Attorney for Defendant(s)_____

Attorney for Defendant(s)_____

Attorney for Defendant(s)_____