IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY, LLC, | ) CASE NO. 1:07-CV-02648 |
| Plaintiff, | ) JUDGE PATRICIA A. GAUGHAN |
|  | ) MAGISTRATE JUDGE BAUGHMAN |
| -vs- | ) |
| TELANTIS GROUP CORPORATION, | ) PRAECIPE FOR SERVICE |
| Defendant. | ) |

TO THE CLERK:

Please issue an Alias Summons for service of the Complaint upon Defendant by certified mail at the following address:

> Telantis Group Corporation
> 791 Wye Road
> Akron, OH  44333

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP


By: /s/ David R. Mayo
DAVID R. MAYO (#0014345)
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4647 - Phone
(216) 363-4588 - Fax
dmayo@bfca.com